AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00108 |
| RENEE FATTA | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/24/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **RENEE FATTA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: 05/24/2023

2023.05.24
13:26:20 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 5/24/2023, and the person was arrested on (date) 6/8/2023
at (city and state) Syracuse, NY

Date: 6/8/2023

_Arresting officer's signature_

MEGAN POWERS, Special Agent
_Printed name and title_